IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CR-00017-RJC

| USA | ) | |
| | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TOMONTA SIMMONS | ) | |
| | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 825), the Petition alleging a violation of the Defendant's supervised release, (Doc. No. 788), without prejudice.

Since the filing of the Petition, the parties have agreed to a modification of the conditions of the defendant's supervision. (Doc. No. 821: Motion; Doc. No. 824: Order). Therefore, the Court finds good cause to grant the requested relief.

**IT IS ORDERED** that the Government's motion, (Doc. No. 825), is **GRANTED** and the Petition alleging a violation of the Defendant's supervised release, (Doc. No. 788), is **DISMISSED** without prejudice.

Signed: February 8, 2016

Robert J. Conrad, Jr.
United States District Judge