IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CR-00017-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TOMONTA SIMMONS (13) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon remand from the United States Court of Appeals for the Fourth Circuit for additional proceedings. (Doc. No. 1053: Opinion and Judgment; Doc. No. 1054: Mandate).

**IT IS, THEREFORE, ORDERED** that the United States Marshal have the defendant Tomonta Simmons (Reg. No. 29349-058) present in Charlotte, North Carolina forthwith, but not later than April 30, 2019, at 9:30 a.m. for a supervised release violation hearing.

**IT IS FURTHER ORDERED** that the Federal Defender shall designate counsel promptly to represent the defendant for the remainder of this case, unless he retains other counsel.

The Clerk is directed to certify copies of this Order the defendant, the Federal Defender, the United States Attorney, the United States Marshals Service, the United States Probation Office, and the Clerk of the United States Court of Appeals for the Fourth Circuit.

Signed: March 6, 2019

Robert J. Conrad, Jr.
United States District Judge